UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X

RAVENNAVI S.P.A.,

           Plaintiff,

- against -

TRASIMEX HOLDING S.A.,

           Defendant.
------------------------------------------------------------X

**JUDGE BUCHWALD**

**08 CV 2848**

08 CV _____

ECF CASE

*RECEIVED MAR 18 2008 U.S.D.C. S.D.N.Y. CASHIERS*

### DISCLOSURE OF INTERESTED PARTIES PURSUANT TO FEDERAL RULE 7.1

Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure to enable judges and magistrates of the court to evaluate possible disqualification or recusal, the undersigned attorney of record for the Plaintiff certifies that the following are corporate parents, subsidiaries, or affiliates of the Plaintiff:

           NONE.

Dated: March 17, 2008
       New York, NY

           The Plaintiff,
           RAVENNAVI S.P.A.

           By: *[signature]*
           Patrick F. Lennon
           Nancy R. Peterson
           Coleen A. McEvoy
           LENNON, MURPHY & LENNON, LLC
           The Gray Bar Building
           420 Lexington Avenue, Suite 300
           New York, NY 10170
           (212) 490-6050 - phone
           (212) 490-6070 - fax
           pfl@lenmur.com
           nrs@lenmur.com
           cam@lenmur.com