USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 8/5/08

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---------------------------------------------------------------X

RAVENNAVI S.P.A.,                          :      08 CV 2848 (NRB)
                                           :
                 Plaintiff,                :      ECF CASE
                                           :
     - against -                           :      **EX PARTE ORDER**
                                           :      **FOR PROCESS**
TRASIMEX HOLDING S.A.,                     :      **OF MARITIME**
                                           :      **ATTACHMENT**
                                           :
                 Defendant.                :
---------------------------------------------------------------X

**WHEREAS,** on March 17, 2008 Plaintiff, RAVENNAVI S.P.A. filed a

Verified Complaint, herein for damages in an amount greater than **$583,933.61** inclusive of

interest, costs and reasonable attorney's fee, and praying for the issuance of Process of Maritime

Attachment and Garnishment pursuant to Rule B of the Supplemental Admiralty Rules for

Certain Admiralty and Maritime Claims of the Federal Rules and Civil Procedure; and

**WHEREAS,** the Process of Maritime Attachment and Garnishment would command that

the United States Marshal, or other designated process server, attach any and all of the

Defendants' property within the District of this Court; and

**WHEREAS,** the Court has reviewed the Verified Complaint and the Supporting

Affidavit, and the conditions of Supplemental Admiralty Rule B appearing to exist:

**NOW,** upon motion of the Plaintiff, it is hereby:

**ORDERED,** that pursuant to Rule B of the Supplemental Rules for Certain Admiralty

and Maritime Claims, the Clerk of the Court shall issue Process of Maritime Attachment and

Garnishment against all tangible or intangible property, credits, letters of credit, bills of lading,

effects, debts and monies, electronic funds transfers, freights, sub-freights, charter hire, sub-

charter hire or any other funds or property up to the amount of **$583,933.61** belonging to, due or

being transferred to, from or for the benefit of the Defendant, including but not limited to such

property as may be held, received or transferred in Defendant's name or as may be held, received

or transferred for its benefit at, moving through, or within the possession, custody or control of

banking/financial institutions and/or other institutions or such other garnishees to be named on

whom a copy of the Process of Maritime Attachment and Garnishment may be served; and it is

further

    **ORDERED** that supplemental process enforcing the Court's Order may be issued by the

Clerk upon application without further Order of the Court; and it is further

    **ORDERED** that following initial service by the U.S. Marshal, or other designated

process server, upon each garnishee, that supplemental service of the Process of Maritime

Attachment and Garnishment, as well as this Order, may be made by way of facsimile

*if the garnishee consents to*

transmission or other verifiable electronic means, including e-mail, to each garnishee; and it is *alternative*

*service*

*MBS*

further

    **ORDERED** that service on any garnishee as described above is deemed to be effective

and continuous service throughout the remainder of the day upon which service is made

commencing from the time of such service; and such service is further deemed to be effective

through the end of the next business day, provided that another service is made that day; and it is

further

    **ORDERED** that pursuant to Federal Rule of Civil Procedure 5(b)(2)(D) each garnishee

may consent, in writing, to accept service by any other means.

Dated: July ___, 2008

August 4

SO ORDERED:

Naomi R. Buchwald
U. S. D. J.